USDC SCAN INDEX SHEET











USA

CARLISI

ACR    7/17/97    14:05
3:92-CR-00026
*666*
*CRSTIPO.*

ORIGINAL

FILED

JUL 15 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  ALAN D. BERSIN
   United States Attorney
2  CAROL C. LAM
   Assistant U.S. Attorney
3  California State Bar No. 129412
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone:  (619) 557-6244

6  Attorneys for Plaintiff
   United States of America
7

8                 UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,    )   Criminal Case No. 92CR0026-E
11                               )
                    Plaintiff,   )
12                               )   S T I P U L A T I O N
         v.                      )
13                               )
    JOHN P. SPILOTRO (6),        )
14                               )
                                 )
15                  Defendant.   )
    _____)
16

17       IT IS HEREBY STIPULATED between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Alan D. Bersin, United

19  States Attorney, and Carol C. Lam, Assistant United States

20  Attorney, and defendant John P. Spilotro, and through his counsel,

21  Mario G. Conte, Federal Defenders of San Diego, Inc., counsel for

22  defendant, that the hearing previously scheduled for July 21,

23  1997, at 2:00 p.m. be continued to August 4, 1997, at 2:00 p.m.

24  //

25  //

26  //

27  //

28  //

666

1    DATED: July *14*, 1997.

2                                          ALAN D. BERSIN
                                           United States Attorney
3

4    _____7/14/97_____              _____
5    DATED                                WILLIAM Q. HAYES
                                           Assistant U.S. Attorney
6

7    _____7/15/97_____              _____
8    DATED                                MARIO G. CONTE
                                           Attorney for Defendant
9                                          JOHN P. SPILOTRO

10

11

12

13                            ORDER

14

15       IT IS HEREBY ORDERED that the previously-set date for the

16   above-entitled matter be continued from July 21, 1997 to August 4,

17   1997 at 2:00 p.m.  Defendant is ordered to file an Acknowledgment

     of the new date.
18

19

20

21   DATE:   ____7/15/97____           _____
22                                         HON. WILLIAM B. ENRIGHT
                                           U.S. District Court Judge
23

24

25

26

27

28                            2                       92CR0026